**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-42465 |
| | § | |
| MICHAEL A MCAFEE | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/09/2009. The undersigned trustee was appointed on 11/09/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $7,291.36

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $7,291.36 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rate to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/07/2010 and the deadline for filing government claims was 07/07/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,479.11. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,479.11, for a total compensation of $1,479.11[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/05/2011                                By:    /s/ Horace Fox, Jr.
                                                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 09-42465 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCAFEE, MICHAEL A | | | Date Filed (f) or Converted (c): | 11/09/2009 (f) |
| For the Period Ending: | 1/5/2011 | | | §341(a) Meeting Date: | 12/15/2009 |
| | | | | Claims Bar Date: | 07/07/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residence at 833 W 15th Place, Unit 607, Fee Simple Chicago, IL 60608 Purchase Price: $320,000 in 2004. refinanced in 2007. | $245,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Rental Property at 1530 State Street, Fee Simple Unit 615, Chicago, IL 60605 Purchase Price: $223,000 in 2001. Last refinanced in 2005. | $185,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Hilton Grand Vacation Club | $5,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | timeshare | | | | | |
| 4 | Cash on Hand Location: In debtor's possession | $100.00 | $0.00 | DA | $0.00 | FA |
| 5 | Checking Account at Bank of America Location: In bank's possession | $300.00 | $0.00 | DA | $0.00 | FA |
| 6 | Savings Account at Bank of America Location: In bank's possession | $300.00 | $0.00 | DA | $0.00 | FA |
| 7 | Basic Used Household Furnishings Location: In debtor's possession | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 8 | Music CDs and DVDs Location: In debtor's possession | $100.00 | $0.00 | DA | $0.00 | FA |
| 9 | Basic Used Wearing Apparel Location: In debtor's possession | $750.00 | $0.00 | DA | $0.00 | FA |
| 10 | Costume Jewelry Location: In debtor's possession | $300.00 | $0.00 | DA | $0.00 | FA |
| 11 | Thrift Savings Plan Location: In debtor's possession | $41,000.00 | $0.00 | DA | $0.00 | FA |
| 12 | Nomadic Living LLC - real estate business no value Location: In debtor's possession | $0.00 | $0.00 | DA | $0.00 | FA |
| 13 | Simplepath Inc family philanthropy website. Location: In debtor's possession | $0.00 | $0.00 | DA | $0.00 | FA |
| 14 | 2002 Porsche Boxter in good condition with 46,000 miles Location: In debtor's possession | $12,475.00 | $0.00 | DA | $0.00 | FA |
| 15 | 2005 Land Rover in good condition with 60,000 miles Location: In debtor's possession | $22,925.00 | $0.00 | DA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| Case No.: | 09-42465 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | MCAFEE, MICHAEL A | Date Filed (f) or Converted (c): | 11/09/2009 (f) |
| For the Period Ending: | 1/5/2011 | §341(a) Meeting Date: | 12/15/2009 |
| | | Claims Bar Date: | 07/07/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  2009 Tax refund (u) | $9,188.66 | $7,288.66 | | $7,288.66 | FA |
| **Asset Notes:** From debtor's non exempt tax refund | | | | | |
| INT  Interest Earned (u) | Unknown | Unknown | | $2.70 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Assets**

$523,438.66    $7,288.66    $7,291.36    $0.00

**Major Activities affecting case closing:**

Asset in this case is a tax refund of 7288.66, 1900.00 of which has been exempted.

Claims bar date 7.8.10

Claims imported.  Speak to Lois West re whether taxable event occurred.  7.6.10
10.03.10
Need tax answer, assets fully administered.  No taxes needed.

**Initial Projected Date Of Final Report (TFR):**    11/30/2010          **Current Projected Date Of Final Report (TFR):**    11/30/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-42465 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MCAFEE, MICHAEL A | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4053 | Money Market Acct #: | ******2465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2010 | (16) | Michael McCafee | Non-Exempt funds from debtors 2009 Federal tax returns. | 1124-000 | $7,288.66 | | $7,288.66 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.25 | | $7,288.91 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.31 | | $7,289.22 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.30 | | $7,289.52 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.31 | | $7,289.83 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.31 | | $7,290.14 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.30 | | $7,290.44 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.31 | | $7,290.75 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.30 | | $7,291.05 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.31 | | $7,291.36 |
| | | | **TOTALS:** | | $7,291.36 | $0.00 | $7,291.36 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,291.36 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,291.36 | $0.00 | |

**For the period of 11/9/2009 to 1/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7,291.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,291.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/02/2010 to 1/5/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7,291.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,291.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-42465 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MCAFEE, MICHAEL A | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4053 | | Money Market Acct #: | ******2465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/9/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/5/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | | | $7,291.36 | $0.00 | $7,291.36 |

**For the period of 11/9/2009 to 1/5/2011**

| | |
|---|---:|
| Total Compensable Receipts: | $7,291.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,291.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/09/2009 to 1/5/2011**

| | |
|---|---:|
| Total Compensable Receipts: | $7,291.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,291.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT

Page No: 1  Exhibit C

| Case No.: | 09-42465 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | MCAFEE, MICHAEL A | | | Date: | 1/5/2011 |
| Claims Bar Date: | 07/07/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX JR. 6 EAST MONROE SUITE 1004 CHICAGO IL 60603 | 12/17/2010 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,479.11 | $1,479.11 | $0.00 | $0.00 | $0.00 | $1,479.11 |
| 1 | DISCOVER BANK, AGENT DFS SVCS LLC POB 3025 New Albany OH 43054 | 04/12/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,182.18 | $7,182.18 | $0.00 | $0.00 | $0.00 | $7,182.18 |
| 2 | ADVANTA BANK CORP. RECEIVER FDIC POB 3001 Malvern PA 19355 | 04/19/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,381.83 | $15,381.83 | $0.00 | $0.00 | $0.00 | $15,381.83 |
| 3 | AMERICAN EXPRESS CENTURION BANK POB 3001 Malvern PA 19355 | 04/23/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $46,927.46 | $46,927.46 | $0.00 | $0.00 | $0.00 | $46,927.46 |
| 4 | AMERICAN EXPRESS BANK, FSB POB 3001 Malvern PA | 06/08/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $218.00 | $218.00 | $0.00 | $0.00 | $0.00 | $218.00 |
| 5 | AMERICAN EXPRESS BANK FSB POB 3001 Malvern PA | 06/17/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $94.85 | $94.85 | $0.00 | $0.00 | $0.00 | $94.85 |
| 6 | FIA CARD SRVCS, SUCCESSOR TO BOA BY AMERICAN INFO SOURCE LP AS AGENT Agent, American Infosource Lp As Its Agent PO Box 248809 Oklahoma City OK 731248809 | 07/01/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,960.27 | $6,960.27 | $0.00 | $0.00 | $0.00 | $6,960.27 |

**Claim Notes:** last 4 digits 6756

# CLAIM ANALYSIS REPORT

| Case No.: | 09-42465 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MCAFEE, MICHAEL A | | Date: | 1/5/2011 |
| Claims Bar Date: | 07/07/2010 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | FIA CARD SRVCS, SUCCESSOR TO BOA BY AMERICAN INFO SOURCE LP AS AGENT<br>Agent, American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City OK 731248809 | 07/01/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,524.82 | $11,524.82 | $0.00 | $0.00 | $0.00 | $11,524.82 |
| **Claim Notes:** | last 4 digits 1527 | | | | | | | | | | | |
| 8 | GE MONEY BANK<br>Agent, Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 331311605 | 07/06/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,983.70 | $6,983.70 | $0.00 | $0.00 | $0.00 | $6,983.70 |
| 9 | SALLIE MAE<br>c/o Sallie Mae, Inc.<br>220 Lasley Ave.<br>Wikes-Barre PA 18706 | 07/07/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $97,357.22 | $97,357.22 | $0.00 | $0.00 | $0.00 | $97,357.22 |
| **Claim Notes:** | 2654-1 | | | | | | | | | | | |
| 10 | SALLIE MAE<br>c/o Sallie Mae, Inc.<br>220 Lasley Ave.<br>Barre PA 18706 | 07/07/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $56,712.69 | $56,712.69 | $0.00 | $0.00 | $0.00 | $56,712.69 |
| **Claim Notes:** | last 4 digits 2654-2 | | | | | | | | | | | |
| 11 | SUNRISE CREDIT SERVICES, INC<br>US Dept of Education<br>PO Box 530260<br>Atlanta GA 303530260 | 07/14/2010 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $179,957.22 | $179,957.22 | $0.00 | $0.00 | $0.00 | $179,957.22 |
| **Claim Notes:** | (11-1) Student Loans,last 4 digits 2654, tardy claim | | | | | | | | | | | |
| 12 | SUNRISE CREDIT SERVICES, INC<br>PO Box 9100<br>Farmingdale NY 117359100 | 07/14/2010 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $21,485.64 | $21,485.64 | $0.00 | $0.00 | $0.00 | $21,485.64 |
| **Claim Notes:** | (12-1) Student Loans, last 4 digits 2564 | | | | | | | | | | | |
| | | | | | | **$452,264.99** | **$452,264.99** | **$0.00** | **$0.00** | **$0.00** | | **$452,264.99** |

Page No: 3     Exhibit C

## CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 09-42465 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | MCAFEE, MICHAEL A | | **Date:** | 1/5/2011 |
| **Claims Bar Date:** | 07/07/2010 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $249,343.02 | $249,343.02 | $0.00 | $0.00 | $0.00 | $249,343.02 |
| Tardy General Unsecured 726(a)(3) | $201,442.86 | $201,442.86 | $0.00 | $0.00 | $0.00 | $201,442.86 |
| Trustee Compensation | $1,479.11 | $1,479.11 | $0.00 | $0.00 | $0.00 | $1,479.11 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       09-42465
Case Name:      MICHAEL A MCAFEE
Trustee Name:   Horace Fox, Jr.

                                        Balance on hand:            $7,291.36

Claims of secured creditors will be paid as follows: NONE

                        Total to be paid to secured creditors:          $0.00
                                       Remaining balance:            $7,291.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Horace Fox Jr., Trustee Fees | $1,479.11 | $0.00 | $1,479.11 |

            Total to be paid for chapter 7 administrative expenses:    $1,479.11
                                       Remaining balance:              $5,812.25

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

                Total to be paid to prior chapter administrative expenses:   $0.00
                                       Remaining balance:              $5,812.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

                        Total to be paid to priority claims:            $0.00
                                       Remaining balance:            $5,812.25

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $249,343.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank, agent Dfs Svcs LLC | $7,182.18 | $0.00 | $167.41 |
| 2 | Advanta Bank Corp. receiver FDIC | $15,381.83 | $0.00 | $358.54 |
| 3 | American Express Centurion Bank | $46,927.46 | $0.00 | $1,093.83 |
| 4 | American Express Bank, FSB | $218.00 | $0.00 | $5.08 |
| 5 | American Express Bank FSB | $94.85 | $0.00 | $2.21 |
| 6 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | $6,960.27 | $0.00 | $162.24 |
| 7 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | $11,524.82 | $0.00 | $268.63 |
| 8 | GE Money Bank | $6,983.70 | $0.00 | $162.78 |
| 9 | Sallie Mae | $97,357.22 | $0.00 | $2,269.30 |
| 10 | Sallie Mae | $56,712.69 | $0.00 | $1,321.92 |

Total to be paid to timely general unsecured claims: $5,811.94
Remaining balance: $0.31

Tardily filed claims of general (unsecured) creditors totaling $201,442.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 11 | Sunrise Credit Services, Inc | $179,957.22 | $0.00 | $0.00 |
| 12 | Sunrise Credit Services, INC | $21,485.64 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.31

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.31 |