**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-42465 |
| | § | |
| MICHAEL A MCAFEE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 2/1/2011, in Courtroom 744, 219 S Dearborn Chicago, IL 60604 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/04/2011    By: /s/ Horace Fox, Jr.
                                (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-42465 |
| | § | |
| MICHAEL A MCAFEE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $7,291.05
*and approved disbursements of*     $0.00
*leaving a balance on hand of[1]:*     $7,291.05

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $7,291.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox Jr., Trustee Fees | $1,479.11 | $0.00 | $1,479.11 |

Total to be paid for chapter 7 administrative expenses:     $1,479.11
Remaining balance:     $5,811.94

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

Remaining balance: $5,811.94

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $5,811.94

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $249,343.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank, agent Dfs Svcs LLC | $7,182.18 | $0.00 | $167.41 |
| 2 | Advanta Bank Corp. receiver FDIC | $15,381.83 | $0.00 | $358.54 |
| 3 | American Express Centurion Bank | $46,927.46 | $0.00 | $1,093.83 |
| 4 | American Express Bank, FSB | $218.00 | $0.00 | $5.08 |
| 5 | American Express Bank FSB | $94.85 | $0.00 | $2.21 |
| 6 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | $6,960.27 | $0.00 | $162.24 |
| 7 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | $11,524.82 | $0.00 | $268.63 |
| 8 | GE Money Bank | $6,983.70 | $0.00 | $162.78 |
| 9 | Sallie Mae | $97,357.22 | $0.00 | $2,269.30 |
| 10 | Sallie Mae | $56,712.69 | $0.00 | $1,321.92 |

Total to be paid to timely general unsecured claims: $5,811.94
Remaining balance: $0.00

**UST-Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $201,442.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 11 | Sunrise Credit Services, Inc | $179,957.22 | $0.00 | $0.00 |
| 12 | Sunrise Credit Services, INC | $21,485.64 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:  /s/ Horace Fox, Jr.
              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley              Page 1 of 2            Date Rcvd: Jan 06, 2011
Case: 09-42465                Form ID: pdf006            Total Noticed: 31

The following entities were noticed by first class mail on Jan 08, 2011.
db           +Michael A McAfee,    833 W 15th Place,    Unit 607,    Chicago, IL 60608-1843
aty          +Jeff A Whitehead,    Law Office of Jeff Whitehead,     700 West Van Buren,    Suite 1506,
               Chicago, IL 60607-3635
14703255     +15th Place Condo Assoc,     833 W 15th Place,    Chicago, IL 60608-1849
15435563      Advanta Bank Corp. in receivership of,     FDIC,    POB 3001,    Malvern, PA 19355-0701
14703257     +American Express,    PO Box 981535,     El Paso, TX 79998-1535
14703258     +American Express,    PO Box 981537,     El Paso, TX 79998-1537
15684189      American Express Bank, FSB,     POB 3001,    Malvern, PA 19355-0701
15460581      American Express Centurion Bank,     POB 3001,    Malvern, PA 19355-0701
14703260     +BAC Home Loans,    450 American Street,     #SV416,    Simi Valley, CA 93065-6285
14703261     +Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
14703263     +Bank of America,    P.O. Box 1390,    Norfolk, VA 23501-1390
14703262     +Bank of America,    PO Box 15184,    Wilmington, DE 19850-5184
14703264     +Dawn Williams,    8206 Ashford Blvd,    Laurel, MD 20707-3769
14703269    ++FORD MOTOR CREDIT COMPANY,     PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Land Rover Capital Group,      Dept # 193901,    PO Box 55000,
               Detroit, MI  48255)
14703268     +HSBC,    PO Box 3425,    Buffalo, NY 14240-3425
14703267     +Hilton Grand Vacation Club,     5323 Millenia Lakes Blvd,     Suite 400,    Orlando, FL 32839-3395
14703270     +Maja Kunzi,    833 W 15th Place,    Unit 607,    Chicago, IL 60608-1843
14703272     +Porsche Financial Services,     4343 Commerce Court,    Suite 214,    Lisle, IL 60532-1099
15815989     +Sallie Mae,    c/o Sallie Mae, Inc.,     220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
14703273      Sallie Mae,    PO Box 9500,    Wilkes Barre, PA  18773-9500
15846601      Sunrise Credit Services, INC,     PO Box 9100,    Farmingdale, NY 11735-9100
14703274      Sunrise Credit Services, Inc,     US Dept of Education,     PO Box 530260,    Atlanta, GA 30353-0260
14703275     +Wells Fargo Financial,    4811 N Fourth Ave,     Sioux Falls, SD 57104-0405
14703276      Wells Fargo Home Equity,     PO Box 31557,    Billings, MT  59107-1557
The following entities were noticed by electronic transmission on Jan 06, 2011.
tr           +E-mail/Text: HFOX@LEHMANFOX.COM                             Horace Fox, JR,    Lehman & Fox,
               6 E Monroe St,    Chicago, IL 60603-2704
14703256      E-mail/Text: bkr@cardworks.com                              Advanta Bank Corp,    PO Box 8088,
               Philadelphia, PA  19101
14703265      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 07 2011 02:07:09      Discover Financial Services,
               P.O. Box 15316,    Wilmington, Delaware  19850-5316
15398570      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 07 2011 02:07:09      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
15799056      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 07 2011 02:06:16
               Fia Card Services, NA/Bank of America,     by American Infosource Lp As Its Agent,     PO Box 248809,
               Oklahoma City, OK  73124-8809
15810605      E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2011 02:10:50      GE Money Bank,
               c/o Recovery Management Systems Corporat,      25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14703266     +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2011 02:10:50      GE Money Line,    PO Box 30762,
               Salt Lake City, UT 84130-0762
                                                                                              TOTAL: 7
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15724871*     American Express Bank, FSB,     POB 3001,    Malvern, PA 19355-0701
14703271*    +Michael A McAfee,    833 W 15th Place,    Unit 607,    Chicago, IL 60608-1843
14703259    ##+American General Finance,     4013 W 26th Street,    Chicago, IL 60623-3709
                                                                                               TOTALS: 0, * 2, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mhenley          Page 2 of 2          Date Rcvd: Jan 06, 2011
Case: 09-42465                Form ID: pdf006        Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2011**                    **Signature:**    _/s/ Joseph Speetjens_