UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-42465 |
| | § | |
| MICHAEL A MCAFEE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $514,250.00 | Assets Exempt: | $45,750.00 |
| Total Distributions to Claimants: | $5,812.56 | Claims Discharged Without Payment: | $741,926.32 |
| Total Expenses of Administration: | $1,479.11 | | |

3) Total gross receipts of $7,291.67 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $7,291.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $840,497.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,479.11 | $1,479.11 | $1,479.11 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $430,459.00 | $450,785.88 | $450,785.88 | $5,812.56 |
| **Total Disbursements** | $1,270,956.00 | $452,264.99 | $452,264.99 | $7,291.67 |

4). This case was originally filed under chapter 7 on 11/09/2009. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/02/2011         By:   /s/ Horace Fox, Jr.
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2009 Tax refund | 1224-000 | $7,288.66 |
| Interest Earned | 1270-000 | $3.01 |
| **TOTAL GROSS RECEIPTS** | | **$7,291.67** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 15th Place Condo Assoc | 4110-000 | $413.00 | NA | $0.00 | $0.00 |
| | BAC Home Loans | 4110-000 | $320,574.00 | NA | $0.00 | $0.00 |
| | BAC Home Loans | 4110-000 | $32,482.00 | NA | $0.00 | $0.00 |
| | BAC Home Loans | 4110-000 | $223,837.00 | NA | $0.00 | $0.00 |
| | Hilton Grand Vacation Club | 4110-000 | $10,965.00 | NA | $0.00 | $0.00 |
| | HSBC | 4110-000 | $23,857.00 | NA | $0.00 | $0.00 |
| | Land Rover Capital Group | 4110-000 | $30,917.00 | NA | $0.00 | $0.00 |
| | Porsche Financial Services | 4110-000 | $18,671.00 | NA | $0.00 | $0.00 |
| | Wells Fargo Home Equity | 4110-000 | $178,781.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$840,497.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox Jr., Trustee | 2100-000 | NA | $1,479.11 | $1,479.11 | $1,479.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,479.11 | $1,479.11 | $1,479.11 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dawn Williams | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank, agent Dfs Svcs LLC | 7100-000 | $6,937.00 | $7,182.18 | $7,182.18 | $167.43 |
| 2 | Advanta Bank Corp. receiver FDIC | 7100-000 | $16,500.00 | $15,381.83 | $15,381.83 | $358.57 |
| 3 | American Express Centurion Bank | 7100-000 | $45,559.00 | $46,927.46 | $46,927.46 | $1,093.95 |
| 4 | American Express Bank, FSB | 7100-000 | $219.00 | $218.00 | $218.00 | $5.08 |
| 6 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | 7100-000 | NA | $6,960.27 | $6,960.27 | $162.26 |
| 7 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | 7100-000 | NA | $11,524.82 | $11,524.82 | $268.66 |
| 8 | GE Money Bank | 7100-000 | $6,983.00 | $6,983.70 | $6,983.70 | $162.80 |
| 9 | Sallie Mae | 7100-000 | NA | $97,357.22 | $97,357.22 | $2,269.54 |
| 10 | Sallie Mae | 7100-000 | $57,213.00 | $56,712.69 | $56,712.69 | $1,322.06 |
| 11 | Sunrise Credit Services, Inc | 7200-000 | NA | $179,957.22 | $179,957.22 | $0.00 |
| 12 | Sunrise Credit Services, INC | 7200-000 | NA | $21,485.64 | $21,485.64 | $0.00 |
| | American General Finance | 7100-000 | $7,473.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $15,000.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $6,951.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $11,202.00 | NA | NA | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 5; American Express | 7100-001 | $95.00 | $94.85 | $94.85 | $2.21 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Bank FSB) | | | | | |
| Sallie Mae | 7100-000 | $25,013.00 | NA | NA | $0.00 |
| Sallie Mae | 7100-000 | $7,951.00 | NA | NA | $0.00 |
| Sallie Mae | 7100-000 | $39,652.00 | NA | NA | $0.00 |
| Sallie Mae | 7100-000 | $22,112.00 | NA | NA | $0.00 |
| US Dept of Education | 7100-000 | $158,597.00 | NA | NA | $0.00 |
| Wells Fargo Financial | 7100-000 | $3,002.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $430,459.00 | $450,785.88 | $450,785.88 | $5,812.56 |

**UST Form 101-7-TDR (5/1/2011)**

Case 09-42465   Doc 34   Filed 09/08/11   Entered 09/08/11 14:19:33   Desc Main
Document      Page 6 of 11

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 09-42465 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCAFEE, MICHAEL A | | | Date Filed (f) or Converted (c): | 11/09/2009 (f) |
| For the Period Ending: | 9/2/2011 | | | §341(a) Meeting Date: | 12/15/2009 |
| | | | | Claims Bar Date: | 07/07/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residence at 833 W 15th Place, Unit 607, Fee Simple Chicago, IL 60608 Purchase Price: $320,000 in 2004. refinanced in 2007. | $245,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Rental Property at 1530 State Street, Fee Simple Unit 615, Chicago, IL 60605 Purchase Price: $223,000 in 2001. Last refinanced in 2005. | $185,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Hilton Grand Vacation Club | $5,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | timeshare | | | | | |
| 4 | Cash on Hand Location: In debtor's possession | $100.00 | $0.00 | DA | $0.00 | FA |
| 5 | Checking Account at Bank of America Location: In bank's possession | $300.00 | $0.00 | DA | $0.00 | FA |
| 6 | Savings Account at Bank of America Location: In bank's possession | $300.00 | $0.00 | DA | $0.00 | FA |
| 7 | Basic Used Household Furnishings Location: In debtor's possession | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 8 | Music CDs and DVDs Location: In debtor's possession | $100.00 | $0.00 | DA | $0.00 | FA |
| 9 | Basic Used Wearing Apparel Location: In debtor's possession | $750.00 | $0.00 | DA | $0.00 | FA |
| 10 | Costume Jewelry Location: In debtor's possession | $300.00 | $0.00 | DA | $0.00 | FA |
| 11 | Thrift Savings Plan Location: In debtor's possession | $41,000.00 | $0.00 | DA | $0.00 | FA |
| 12 | Nomadic Living LLC - real estate business no value Location: In debtor's possession | $0.00 | $0.00 | DA | $0.00 | FA |
| 13 | Simplepath Inc family philanthropy website. Location: In debtor's possession | $0.00 | $0.00 | DA | $0.00 | FA |
| 14 | 2002 Porsche Boxter in good condition with 46,000 miles Location: In debtor's possession | $12,475.00 | $0.00 | DA | $0.00 | FA |
| 15 | 2005 Land Rover in good condition with 60,000 miles Location: In debtor's possession | $22,925.00 | $0.00 | DA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 09-42465 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MCAFEE, MICHAEL A | | Date Filed (f) or Converted (c): | 11/09/2009 (f) |
| For the Period Ending: | 9/2/2011 | | §341(a) Meeting Date: | 12/15/2009 |
| | | | Claims Bar Date: | 07/07/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  2009 Tax refund  (u) | $9,188.66 | $7,288.66 | | $7,288.66 | FA |
| Asset Notes:  From debtor's non exempt tax refund | | | | | |
| INT  Interest Earned  (u) | Unknown | Unknown | | $3.01 | FA |

**TOTALS (Excluding unknown value)**                                            **Gross Value of Remaining Assets**
$523,438.66     $7,288.66     $7,291.67     $0.00

**Major Activities affecting case closing:**
Asset in this case is a tax refund of 7288.66, 1900.00 of which has been exempted.

Claims bar date 7.8.10

Claims imported.  Speak to Lois West re whether taxable event occurred.  7.6.10
10.03.10
No taxes needed.  Final report in court 2.1.2011

**Initial Projected Date Of Final Report (TFR):**  11/30/2010     **Current Projected Date Of Final Report (TFR):**  11/30/2010     /s/ HORACE FOX, JR.
HORACE FOX, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-42465 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MCAFEE, MICHAEL A | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4053 | Checking Acct #: | ******2465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/01/2011 | | Transfer From: # ******2465 | Transfer to Close Account | 9999-000 | $7,291.67 | | $7,291.67 |
| 02/01/2011 | 2 | Horace Fox Jr. | Trustee Compensation | 2100-000 | | $1,479.11 | $5,812.56 |
| 02/01/2011 | 3 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | Final Claim #: 6; Dividend: 2.22; Amount Allowed: 6,960.27; | 7100-000 | | $162.26 | $5,650.30 |
| 02/01/2011 | 4 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | Final Claim #: 7; Dividend: 3.68; Amount Allowed: 11,524.82; | 7100-000 | | $268.66 | $5,381.64 |
| 02/01/2011 | 5 | GE Money Bank | Final Claim #: 8; Dividend: 2.23; Amount Allowed: 6,983.70; | 7100-000 | | $162.80 | $5,218.84 |
| 02/01/2011 | 6 | Sallie Mae | Final Claim #: 9; Dividend: 31.12; Amount Allowed: 97,357.22; | 7100-000 | | $2,269.54 | $2,949.30 |
| 02/01/2011 | 7 | Sallie Mae | Final Claim #: 10; Dividend: 18.13; Amount Allowed: 56,712.69; | 7100-000 | | $1,322.06 | $1,627.24 |
| 02/01/2011 | 8 | Discover Bank, agent Dfs Svcs LLC | Final Claim #: 1; Dividend: 2.29; Amount Allowed: 7,182.18; | 7100-000 | | $167.43 | $1,459.81 |
| 02/01/2011 | 9 | Advanta Bank Corp. receiver FDIC | Final Claim #: 2; Dividend: 4.91; Amount Allowed: 15,381.83; | 7100-000 | | $358.57 | $1,101.24 |
| 02/01/2011 | 10 | American Express Centurion Bank | Final Claim #: 3; Dividend: 15.00; Amount Allowed: 46,927.46; | 7100-000 | | $1,093.95 | $7.29 |
| 02/01/2011 | 11 | American Express Bank, FSB | Final Claim #: 4; Dividend: 0.06; Amount Allowed: 218.00; | 7100-000 | | $5.08 | $2.21 |
| 02/01/2011 | 12 | Clerk, US Bankruptcy Court | Small Dividends | * | | $2.21 | $0.00 |
| | | | Claim Amount $(2.21) | 7100-001 | | | $0.00 |

| | SUBTOTALS | $7,291.67 | $7,291.67 |
|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-42465 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCAFEE, MICHAEL A | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4053 | | | Checking Acct #: | ******2465 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/9/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $7,291.67 | $7,291.67 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $7,291.67 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $7,291.67 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $7,291.67 | |

**For the period of  11/9/2009 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,291.67 |
| | |
| Total Compensable Disbursements: | $7,291.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,291.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/01/2011 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,291.67 |
| | |
| Total Compensable Disbursements: | $7,291.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,291.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-42465 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCAFEE, MICHAEL A | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4053 | | | Money Market Acct #: | ******2465 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/9/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2010 | (16) | Michael McCafee | Non-Exempt funds from debtors 2009 Federal tax returns. | 1124-000 | $7,288.66 | | $7,288.66 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.25 | | $7,288.91 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.31 | | $7,289.22 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.30 | | $7,289.52 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.31 | | $7,289.83 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.31 | | $7,290.14 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.30 | | $7,290.44 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.31 | | $7,290.75 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.30 | | $7,291.05 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.31 | | $7,291.36 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.31 | | $7,291.67 |
| 02/01/2011 | | Transfer To: # ******2465 | Transfer to Close Account | 9999-000 | | $7,291.67 | $0.00 |
| | | | **TOTALS:** | | $7,291.67 | $7,291.67 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $7,291.67 | |
| | | | **Subtotal** | | $7,291.67 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,291.67 | $0.00 | |

| For the period of 11/9/2009 to 9/2/2011 | | For the entire history of the account between 04/02/2010 to 9/2/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,291.67 | Total Compensable Receipts: | $7,291.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,291.67 | Total Comp/Non Comp Receipts: | $7,291.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,291.67 | Total Internal/Transfer Disbursements: | $7,291.67 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-42465 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MCAFEE, MICHAEL A | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4053 | | Money Market Acct #: | ******2465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/9/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,291.67 | $7,291.67 | $0.00 |

**For the period of 11/9/2009 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7,291.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,291.67 |
| Total Internal/Transfer Receipts: | $7,291.67 |
| | |
| Total Compensable Disbursements: | $7,291.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,291.67 |
| Total Internal/Transfer Disbursements: | $7,291.67 |

**For the entire history of the case between 11/09/2009 to 9/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $7,291.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,291.67 |
| Total Internal/Transfer Receipts: | $7,291.67 |
| | |
| Total Compensable Disbursements: | $7,291.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,291.67 |
| Total Internal/Transfer Disbursements: | $7,291.67 |